IN THE SUPREME COURT OF TEXAS

 No. 06-0239

 IN RE MARINER HEALTH CARE OF NASHVILLE INC., INDIVIDUALLY AND/OR D/B/A
 MARINER HEALTH OF NORTH DALLAS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed March 24, 2006, is
granted. The order styled Order Granting Plaintiff's Motion to Compel
Production of Financial Statement Reflecting Net Worth, dated February 27,
2006, in Cause No. 03-9382-G, styled Teresa Beall, Individually and as
Representative of The Estate of Billie Hugh Beall, Deceased, et al. v.
Mariner Health Care of Nashville, Inc., Individually and/or d/b/a Mariner
Health of North Dallas, Mariner Health Care, Inc., et al., in the 134th
Judicial District Court of Dallas County, Texas, is stayed pending further
order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before April 7, 2006.

 Done at the City of Austin, this March 28, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk